PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lee, Levance                                                                Cr.: 03-00558-001

Name of Sentencing Judicial Officer: The Honorable John C. Lifland

Date of Original Sentence: 9/26/06

Original Offense: Conspiracy to distribute a controlled substance

Original Sentence: one day custody, four years supervised release, six months home confinement, and DNA testing

Type of Supervision: TSR                                                       Date Supervision Commenced: 9/26/06

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

## CAUSE

On January 12, 2007, during a home visit Mr. Lee submitted urine specimen that tested positive for marijuana. When questioned about the results he admitted abusing the illegal drug with an associate over the holidays.

Respectfully submitted,
By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 1/24/07

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2/7/07
Date